# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES C. FUDGE  
ADC #78875                                                                                                      PLAINTIFF

V.                                       NO: 5:07CV00280 WRW/HDY

JUDITH BRANTLEY *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motions to dismiss filed by Grant Harris and Carlee Griswold (docket entries #11 & #16) are GRANTED, and Plaintiff's claims against Harris and Griswold are DISMISSED WITH PREJUDICE.

DATED this 25th day of April, 2008.

/s/ Wm. R. Wilson, Jr._____  
UNITED STATES DISTRICT JUDGE