**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES C. FUDGE
ADC #78875                                                                                                      PLAINTIFF

V.                          NO: 5:07CV00280 WRW/HDY

JUDITH BRANTLEY *et al.*                                                     DEFENDANTS

## **ORDER**

Pending before the Court is a motion filed by Defendants Carlee Griswold and Grant Harris, seeking entry of judgment in their favor, pursuant to Fed.R.Civ.P. 54(b).  Plaintiff's claims against Griswold and Harris were dismissed with prejudice on April 25, 2008 (Doc. No. 45).  However, judgment will be entered at the conclusion of this case, and the motion (Doc. No. 48) is therefore DENIED.

IT IS SO ORDERED this 13th day of January, 2009.

                                                           /s/ Wm. R. Wilson, Jr
                                                           UNITED STATES DISTRICT JUDGE