IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. FUDGE
ADC #78875                                                               PLAINTIFF

v.                              5:07CV00280-WRW-HDY

JUDITH BRANTLEY *et al.*                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's claims against Defendant Judith Brantley are DISMISSED without prejudice, and Brantley's name is removed as a party Defendant.

IT IS SO ORDERED this 2nd day of February, 2009.

                                                                         /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE